Form 1: Voluntary Petition (designed by Peter Scribner, Esq. 12/93; revised 2/98; revised 4/02)

| United States Bankruptcy Court<br>Western District of New York | VOLUNTARY PETITION |
|---|---|
| **Todd M. Priest**<br><br>ALL OTHER NAMES used by Debtor in the last 6 years (including married, maiden and trade names)<br><br>**aaoo (as an officer of) Toolin Smartz Co. Inc.**<br><br>Soc. Sec. # **XXX-XX-2538**<br><br>STREET ADDRESS OF DEBTOR<br><br>**1103 County Line Rd.**<br>**Webster NY 14580**<br><br>County of Residence<br><br>**Monroe**<br><br>[X] VENUE: Debtor has been domiciled or has had a residence, principle place of business or principle assets in this District 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |

INFORMATION REGARDING DEBTOR

| Type of Debtor: [X] Individual | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED:<br><br>**[X] Chapter 7** |
|---|---|
| Nature of Debt: **[x] Consumer/Non-Business**<br>[ ] Business | Filing fee: [X] Full filing fee is attached |

| STATISTICAL ADMINISTRATIVE INFORMATION (28 USC §604)<br>(Estimates only) (Check applicable boxes) | THIS SPACE FOR COURT USE ONLY |
|---|---|
| [ ] Debtor estimates that funds will be available for distribution to unsecured creditors<br>[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors (except, in the case of Chapter 13, from post-petition plan payments) | |
| Estimated Number of Creditors:<br><br>[ ] 1-15     [X] 16-49     [ ] 50-99 | |
| Estimated Assets (in thousands of dollars)<br><br>[X] $0-$50,000     [ ] $50,001-$99,000     [ ] $100,001-$500,000 | |
| Estimated Liabilities (in thousands of dollars)<br><br>[ ] $0-$50,000     [ ] $50,001-$99,000     [X] $100,001-$500,000 | |

Chapter 7 form:

PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS : **[X ] NONE**

PENDING BANKRUPTCY CASE FILED BY ANY
SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR: **[ X]NONE**

**Exhibit C**
Does the Debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety? **[X] NO**

## REQUEST FOR RELIEF UNDER CHAPTER 7 (Single Debtor):

**I declare under penalty of perjury that the information provided in this petition is true and correct. I am aware that I may proceed under chapter 7, 11, 12, or 13 of Title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title**. **I request relief in accordance with chapter 7 of title 11, United States Code, as specified in this petition.**

/s/_____     Date signed:    October 6, 2005
Signature of  Todd M. Priest
Chapter 7 Debtor

---

/s/_____     Date signed: October 6, 2005
Peter Scribner; Attorney for  Debtor
1110 Park Avenue
Rochester, NY 14610
Phone: (585) 261-6461        fax: (585) 256-6462     e-mail: pscribner@rochester.rr.com     web:scribnerlaw.com

EXHIBIT "B": I, the Attorney for the Debtor named in the foregoing Petition, declare that I have informed the Debtor that he, she, or they may proceed under Chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

/s/_____     Date signed: October 6, 2005
Peter Scribner; Attorney for  Debtor

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: Todd M. Priest                                   Chapter 7  Case #05-2

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedule A and B to determine the total amount of the Debtor's assets.  Add the amounts from Schedule D, E, and F to determine the total amount of the Debtor's liabilities.

| Name of Schedules | Attached (Yes/No) | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A- Real Property | Yes | part of 1 | $0.00 | | |
| B- Personal Property | Yes | 3 | $15,387.00 | | |
| C- Property Claimed as Exempt | Yes | part of 1 | | | |
| D- Creditors holding Secured Claims | Yes | part of 1 | | $0.00 | |
| E- Creditors holding Priority Claims | Yes | 1 | | $9,002.00 | |
| F- Creditors holding Unsecured Claims | Yes | 4 | | $121,416.00 | |
| G- Contracts & Unexpired leases | Yes | part of 1 | | | |
| H- Co-Debtors | Yes | part of 1 | | | |
| I- Current income | Yes | 1 | | | $0.00 |
| J- Current expenses | Yes | 1 | | | $2,155.00 |
| Total sheets in all schedules ▷ | | 10 | | | |
| Total Assets ▷ | | | $15,387.00 | | |
| Total liabilities ▷ | | | | $130,418.00 | |

In re: Todd M. Priest            Chapter 7 Case #05-2

## Schedule A: Real Property

### [ X ] Check here if Debtor has no Real Property
See Q4. of the SFA (Statement of Financial Affairs)

Except as directed below, list all real property in which the Debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in whicthe Debtor has a life estate. Include any property in which the Debtor holds rights and powers exercisable for the Debtor's own benefit. If the Debtor is married, state whether husband, wife, or both own the property by placing an "H", "W" or "J" (for "husband", "wife" or "Joint") in the "H, W, or J" column. Do not include any leases or contracts in this schedule (list them in Schedule G - Executory Contracts and Unexpired Leases.) If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D

[X] Check here if Debtor's interest in the property below is a "fee" interest

## Schedule B - Personal Property

Except as directed below, list all personal property of the Debtor of whatever kind. If The Debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "NONE." If the Debtor is married, state whether husband, wife, or both own the property by placing an "H", "W" or "J" (for "husband", "wife" or "Joint" in the "H, W, or J" column. Do not include any leases or contracts in this schedule (list them in Schedule G - Executory Contracts and Unexpired Leases. If the property is being held for the Debtor by someone else, state that person's name and address under "description."

| Type of Property | NONE | Description and Location of Property | Current Market Value |
|---|---|---|---|
| 1. Cash on hand (residence) | | | $5.00 |
| 2. Checking, savings or other financial accounts; Certificates of Deposit or shares in banks, Savings and Loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses or cooperatives: | | Name of Bank: ESL | $57.00 |
| 3. Security deposits with public utilities, telephone companies, landlords or other | | | $0.00 |
| 4. Household goods & furnishings, including audio, video & computer equipment | | Inc. (2) TV's 12+ yrs. Old; (1) computer 6 yrs old; (1) VCR; bedroom set | $2,000.00 |
| 5. Books, pictures, and other art objects; antiques, stamp, coin record, tape, compact disk and other collections or collectibles | X | | $0.00 |
| 6. Wearing apparel; debtor & son | | | $200.00 |
| 7. Furs & jewelry | | (1) ring; (1) necklace | $50.00 |
| 8. Firearms and sports, photographic and other hobby equipment | X | | $0.00 |
| 9. Interest in insurance policies | X | | $0.00 |

| Type of Property | NONE | Description and Location of Property | Current Market Value |
|---|---|---|---|
| 10. Annuities | X | | $0.00 |
| 11. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. | X | | $0.00 |
| 12/13. Stock & interests in incorporated or unincorporated businesses, partnerships, or joint ventures. | | Owns Toolin Smartz, Inc.; not operating; no assets; see Statement of Financial Affairs | $0.00 |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | $0.00 |
| 15. Accounts receivable: **Written note: loan to Keith W. Miles. Last known address: 2084 Penfield Road; Rochester NY 14625. Date of loan 10/15/02 for $10,000. The actual promissory note is hand-written and states, in its entirety, "I, Keith Miles, promise to pay Todd Priest $10,000.00, secured by 415 Hague St. And 101-103 Forth Street locacted in Rochester, NY." Debtor and Miles were in partnership in rehabing city houses; Miles bought 101 Fourth street and 415 Hague Street (Miles may still own these properties, which may have mortgages.) Miles never gave the debtor a mortgage on these properties. Debtor had informally borrowed $10,000 from his parents and lent it to Miles. Nothing has been paid back. Debtor does not believe there are any defenses to the note. Debtor will cooperate withy trustee in collection of this note.** | | | $10,000.00 |
| 16. Alimony, maintenance, support, or property settlements to which the Debtor may be entitled. | X | | $0.00 |
| 17. Other liquidated debts owing Debtor, including tax refunds. | X | | $0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the Debtor other than property listed in schedule of Real Property. | X | | $0.00 |
| 19. Contingent & non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | $0.00 |
| 20. Other contingent & unliquidated claims of every nature, inc. tax refunds, counter-claims of Debtor, and rights to setoff claims | X | | $0.00 |
| 21. Patents, copyrights, and other intellectual property. | X | | $0.00 |
| 22. Licenses, franchises, general intangibles. | X | | $0.00 |
| 23. Automobiles, trucks, trailers & other vehicles and accessories. | | 1993 Chevy Blazer S10 (132,000 miles; no lien; value is kbb.com trade-in value) | $450.00 |
| | | 1989 Chevy Blazer S10 (not operating; not on road; parts vehicle; no value, per kbb.com) | $0.00 |
| | | 1998 Ford Cargo Van E250 (off road; won't pass inspection; needs $450 to pass inspection; 230,000 miles; no lien; value is kbb.com trade-in value) | $1,125.00 |

| Type of Property | N O N E | Description and Location of Property | Current Market Value |
|---|---|---|---|
| | | 1999 Arctic Cat ZRT600 snow mobile; value based on e-bay internet search of similar models; no lien | $1,500.00 |
| 24/25. Boats, motors, aircrafts & accessories. | X | | $0.00 |
| 26-28. Office equipment, furnishings & supplies; Machinery, fixtures, equipment & supplies used in business; Inventory | X | | $0.00 |
| 29-32. Animals; Crops - growing or harvested; farming equipment and implements; farm supplies, chemicals and feed. | X | | $0.00 |
| 33. Other personal property of any kind not already listed | X | | $0.00 |
| | | **Schedule B Total:** | $15,387.00 |

## Schedule C: Property Claimed as Exempt

Debtor elects the exemption to which the Debtor is entitled under 11 USC §522(b)(2) and New York Debtor and Creditor Law §282 & 283. Debtor claims maximum statutory limit for each type of property.

| Description of Property | Value of Claimed Exemption | Market Value of Property without deducting exemptions |
|---|---|---|
| Wearing apparel & household goods (not including 2nd TV, VCR, computer) | $2,500.00 | $2,200.00 |
| Automobile: 1998 Ford Van | $2,400.00 | $1,125.00 |
| Cash, bank accounts, tax refunds | $2,500.00 | |

# Schedule D: Creditors holding Secured claims
[X] Check here if Debtor has no creditors holding secured claims to report on this Schedule D

State the name, mailing address, including zip code, and account number, if any, of all of all entities holding claims secured by the property of the Debtor, as of the date of filing the petition. List creditors holding all types of secured interests such as lien judgements, garnishments, statutory liens, mortgages, and other security interests.
[X] Check here if Debtor has no co-Debtor other than spouse. Otherwise, list any co-Debtor in "description" column.
[X] Check here if no debts are contingent or disputed; otherwise, list any contingency or dispute in the "description" column.

# Schedule E: Creditors holding Unsecured, Priority claims

A complete list of claims entitled to property, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided below, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the Debtor or property of the Debtor, as of the date of the petition.

[X] Check here if Debtor has no co-Debtor other than spouse. Otherwise, list any co-Debtor in "description" column.

[X] Check here if no debts are contingent or disputed; otherwise, list any contingency or dispute in the "description" column.

[ ] **Extensions of credit in an involuntary case**: . 11 USC 507(a)(2)
[ ] **Wages, salaries, & commissions**, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2,000 per employee, earned within 90 days preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 USC 507(a)(3)
[ ] **Contributions or money owed to employee benefit plans** for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 USC 507(a)(4)
[ ] **Claims of certain farmers and fisherman** as provided in 11 USC 507(a)(5)
[ ] **Deposits of individuals**: Claims of individuals up to a maximum of $900 for deposits, leases, or rental of property or services for personal, family, or household use, that were not delivered or provided. ii USC 507(a)(6)
[ ] **Alimony, maintenance or support claims** of a spouse, former spouse or child of Debtor

[X] **Taxes and Other Certain Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 USC 507(a)(7)

| Creditor Name and Address | Account number | Description | Tax year | Amount of claim |
|---|---|---|---|---|
| Internal Revenue Service<br>Att: Special Procedures<br>Niagara Center, 2nd Floor<br>130 South Elmwood Avenue<br>Buffalo, NY 14202 | | Possible tax liability; unfiled income tax returns | 2002-2004 | $1.00 |
| NYS Dept. of Tax & Finance<br>Bankruptcy Unit<br>PO Box 5300<br>Albany NY 12205-0300 | | Possible tax liability; unfiled income tax returns | 2002-2004 | $1.00 |
| NYS Worker's Compensation Board<br>20 Park Street<br>Albany NY 12207<br><br>For notification only:<br>D&B Receivable Management Services<br>Agent for NYS Worker's Compensation<br>512 Seventh Avenue 11th Floor<br>New York NY 10018 | ****723B | Disputed claim for Toolin Smartz Co. Inc. (No employees; estimated claim) | 2001 | $9,000.00 |
| | | | **Total:** | $9,002.00 |

## Schedule F: Creditors holding Unsecured, non-priority claims

State the name, mailing address, including zip code, and account number, if any, of all of all entities holding unsecured claims without priority against the Debtor or the property of the Debtor, as of the date of filing the petition. Do not include claims listed in schedule D & E.

**[X ]** Check here if Debtor has no co-Debtor other than spouse. Otherwise, list any co-Debtor in "description" column.

**[X ]** Check here if no debts are contingent or disputed; otherwise, list any contingency or dispute in the "description" column.

Note: for revolving charge accounts, the "debt date" listed below is the approximate date the account was last used.

| Creditor Name and Address | Account number | Description | Debt date | Amount of claim |
|---|---|---|---|---|
| Allstate Insurance<br>c/o Credit Collection Services<br>2 Wells Avenue<br>Newton MA 02459<br><br>Alternative address: Allstate Insurance<br>c/o Credit Collection Services<br>PO Box 55126; Boston MA 02205-5126 | xxxx- | Consumer transaction | 2004 | $105.00 |
| Capital One Services, Inc.<br>1957 Westmoreland Road<br>Richmond VA 23276-5617<br><br>For notification only: Van Ru Corporation<br>Agent for Capital One; 10024 Skokie Blvd. Suite 2<br>Skokie IL 60077-1109<br><br>For notification only: Viking Collection Services<br>Inc.; Agent for Capital One<br>PO Box 59207; Minneapolis MN 55459-0207 | xxxx-3278 | Consumer transaction | >2003 | $6,263.00 |
| Charter One Bank<br>PO box 20362<br>Rochester NY 14602-0362<br><br>For notification only: Litton Loan Servicing<br>Agent for Charter One; 4828 Loop Central Drive<br>Houston TX 77081-2226 | Charter One xxxx-8841<br><br>Litton xxxx-0235 | 2nd Mortgage on house foreclosed (See Q4, SFA) | 1999 | $40,000.00 |
| Charter One Mortgage<br>10561 Telegraph Road<br>Glen Allen VA 23059<br><br>For notification only: Harris Beach<br>Attorneys for Charter One; 99 Garnsey Rd.<br>Pittsford NY 14534 | xx-6851 | Possible liability on 2004 foreclosure (any claim would be disputed as time-barred) (See Q4, SFA) | 1993 | $1.00 |
| Cully Marks<br>36 West Main Street #500<br>Rochester NY 14614-1790<br><br>For notification only: Continental Service Group, Inc.; Agent for Cully, Marks; 200 CrossKeys Office Park; Fairport NY 14450 | | Matrimonial attorneys | 2004 | $2,276.00 |
| | | | **Sub-Total; this page:** | $48,645.00 |

| Creditor Name and Address | Account number | Description | Debt date | Amount of claim |
|---|---|---|---|---|
| David Stark<br>576 Basket Road<br>Webster NY 14580 | | Personal loan to purchase 1993 Chevy Blazer. | | $900.00 |
| Discover<br>PO Box 15251<br>Wilmington DE 19886-5251 | xxxx-6692 | Consumer transaction | 2003 | $6,504.00 |
| eBay Inc.<br>PO Box 2179<br>Carol Springs IL 60132-21769<br><br>For notification only: eBay Inc.<br>C/o Bureau of Collection Recovery, Inc.<br>7575 Corporate Way; Eden Prairie MN 55345 | xxxx-1668 | Debtor purchased e-bay "stores" but never used them | 2003 | $84.00 |
| Estate of Tony & Doris Stumpf<br>c/o Daryl Luke<br>1515 Fieldcrest drive<br>Webster NY 14580<br><br>For notification only: Gregory W. Wise, Esq.<br>Attorney for Estate of Stumpf<br>674 Ridge Road; Webster NY 14580 | | Disputed liability regarding purchase of land foreclosed in 2004 (see Q4, SFA); No mortgage ever drafted; oral contract at best | 1988 | $4,000.00 |
| Farm Bureau Bank<br>PO Box 33427<br>San Antonio TX 78265-3427<br><br>For notification only: Creditors Interchange<br>Agent for Farm Bureau Bank<br>80 Holtz Drive; Buffalo NY 14225 | xxxx-5839 | Consumer transaction (car loan deficiency) | 2001 | $6,471.00 |
| Frontier Telephone of Rochester Inc.<br>PO Box 23008<br>Rochester NY 14692-3008<br><br>For notification only: The Credit Bureau of Rochester; 19 Prince Street; Rochester NY 14607 | xxxx- | former phone line | 2004 | $98.00 |
| Griffith Energy<br>760 Brooks Avenue<br>Rochester NY 14619-2293<br><br>For notification only: CBJ Recovery<br>Agent for Griffith Energy;<br>PO Box 4035; Buffalo NY 14240-4035 | xxxx- | former propane bill for residence | 2004 | $588.00 |
| | | | **Sub-Total; this page:** | $18,645.00 |

| Creditor Name and Address | Account number | Description | Debt date | Amount of claim |
|---|---|---|---|---|
| MBNA America<br>PO Box 15137<br>Wilmington DE 19886-5137<br><br>For notification only: Hilco Receivables MRS Associates; Agent for MBNA; 3 Executive Campus, Suite 400; Cherry Hill NJ 08002<br><br>For notification only: Apex Financial Management; Agent for MBNA; PO Box 2189; Northbrook IL 60065 | xxxx-6958 | Consumer transaction | >2002 | $11,176.00 |
| Nextel Partners Inc.<br>PO Box 4192<br>Carol Stream IL 60197-4192<br><br>For notification only: Bureau of Collection Recovery, Inc.; Agent for Nextel Partners Inc. PO Box 9001; Minnetonka MN 55345-9001<br><br>For notification only: J. J. MacIntyre Co., Inc. Agent for Nextel Partners Inc.; 3993 Howard Hughs Pkwy Ste. 530; Las Vegas NV 89109<br><br>For notification only: AWA Collections; . Agent for Nextel Partners Inc.; PO Box 6605; Orange CA 92863-6605 | xxxx- | Consumer transaction | 2003 | $550.00 |
| Panorama Pediatric Group<br>220 Linden Oaks Suite 220<br>Rochester NY 14625-2839 | 454 | medical debt | 2003 | $62.00 |
| Priest, Carl & Katherine<br>3875 Downs Rd.<br>Webster NY 14580 | | Personal loan (promissory note) | 7/02 | $26,000.00 |
| Providian<br>PO Box 660548<br>Dallas TX 75266-0548<br><br>Alternative address: Providian<br>PO Box 99604; Arlington TX 76096-9604<br><br>For notification only: I.C. Systems Inc. Agent for Providian; PO Box 64887 St. Paul MN 55164-0887 | xxxx-1307 | Consumer transaction | >2003 | $6,572.00 |
| Sprint PCS<br>PO box 1769<br>Newark NJ 07101-1769<br><br>For notification only: Allied Interstate; Agent for Sprint PCS; 3000 Corporate Exchange Drive Columbus OH 43231 | xxxx-171-9 | Daughter's cell phone | 2/05 | $70.00 |
| | | | **Sub-Total; this page:** | $44,430.00 |

| Creditor Name and Address | Account number | Description | Debt date | Amount of claim |
|---|---|---|---|---|
| Time Warner<br>PO Box 994<br>Buffalo NY 14270-0994<br><br>For notification only: CBCS; Agent for Time Warner; PO Box 165025<br>Columbus OH 43216-5025 | xxxx- | Old cable bill; disputed in part | 2004 | $474.00 |
| Webster Federal Credit Union<br>668 Ridge Road<br>Webster NY 14580-2350<br><br>Alternative address: VISA<br>PO Box 30751; Tampa FL 33630-3751<br><br>For notification only: Credit Management Services Agent for Webster FCU<br>6255 Sheridan Drive #200; Amherst NY 14221<br><br>For notification only: Law office of Joel Cardis Attorney for Webster FCU<br>2838 DeKalb Pike; E. Norriton PA 19401 | xxxx-398.0 | car loan deficiency | 1999 | $6,742.00 |
| | xxxx-0846 | Consumer transaction (Visa) | 2000 | $1,768.00 |
| | xxxx-993.0 | Overdraft on closed bank accounts | | $712.00 |
| | | | **Sub-Total; this page:** | $9,696.00 |
| | | | **Total:** | $121,416.00 |

### Schedule G: Executory Contracts and Unexpired Leases
### [ X ] Check here if Debtor has no Executory Contracts or Unexpired Leases

Described all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of Debtor's interest in contract, i.e. "Purchaser," "Agent" etc. State whether the Debtor is lessor or lessee of a lease. Provide the name and complete mailing address of all parties to each lease or contract described. NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors

| Name and Mailing Address, including Zip Code, of other parties to lease or contract | Description of contract or lease and nature of the Debtor's interest, state weather lease is for nonresidential real property. State contract number of any government contract |
|---|---|
| Debtor's parents | Oral month-to-month lease of residence |

### Schedule H: Co-Debtors

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debt listed by a Debtor in the schedules of creditors. Include all guarantors and cosigners. Include all names used by a non-Debtor spouse during the six years immediately preceding the commencement of this case.

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| Ruth M. Priest (ex-wife) | Webster Federal Credit Union (Visa) |

# Schedule I: Current Income of Debtor

The Table labeled "Spouse" must be completed in all cases filed by joint Debtor and by a married Chapter 13 Debtor whether or not a joint petition is filed.

| Debtor's Marital status: Divorced | Dependents of Debtor & Spouse | |
|---|---|---|
| | Age | Relationship |
| | CTP | 18 |

| **Employment** | **Debtor** |
|---|---|
| **Occupation** | Unemployed |

| Income: (estimate of average monthly income) | Debtor |
|---|---|
| Current monthly gross wages and commissions (pro rate if not paid monthly) | $0.00 |
| Regular income available from the operation of a business; profession, or farm Interest from real property; interest & dividends; alimony, maintenance, or support payments payable to the Debtor for the Debtor's use or that of dependents listed above; Social Security or other government assistance; pension or retirement income or other monthly income | $0.00 |
| **TOTAL (COMBINED) MONTHLY INCOME:** | **$0.00** |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: -- **Debtor is looking for employment**

# Schedule J: Current Household Expenditures
# Note: all of these expenses are being paid by debtor's roomate

Complete this schedule by estimating the average monthly expenses of the Debtor and the Debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

| Description | Amount |
|---|---:|
| Rent & utilities | $1,290.00 |
| Telephone | $80.00 |
| Food | $350.00 |
| Clothing | $25.00 |
| Transportation (car repair & fuel, not car payments) | $250.00 |
| Health insurance (not deducted from wages): None | $0.00 |
| Automobile insurance | $120.00 |
| Sanitation | $40.00 |
| **Total Monthly Expenses** | **$2,155.00** |

DECLARATION CONCERNING DEBTOR'S SCHEDULES:
DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR:

I declare under penalty of perjury that I have read the foregoing summary & schedules, consisting of 11 sheets, and that they are true and complete to the best of my knowledge, information and belief.

Date signed:   October 6, 2005

/s/_____
Todd M. Priest

In re: Todd M. Priest                                        Chapter 7  Case #05-2

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every Debtor.  spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.
**NOTE: THE PHRASE "PRIOR TO FILING THE CASE", USED HEREIN, MEANS THE PERIOD IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.**

|  |  |  |  |
|---|---|---|---|
|  | 1. Income from Employment or operation of business: Gross employment income, year to date: | Y/T/D | $0.00 |
|  | Gross employment income; previous two calendar years:   2004: based on W2 income from Krenzer Marine ($8,403) and Heating & Cooling by Northern ($450).  In 2003, the debtor was self-employed as a remodeling contractor, and estimates gross receipts of around 420,000 to $25,000.  Debtor received a small amount of self-employment income in early 2004 (see Q. 18 of the Statement of Financial Affairs.) | 2004 | $8,853.00 |
|  | **Debtor certifies that he has not, as of the date of this Statement, filed Federal or State income tax returns for 2002, 2003 or 2004.** | 2003 | c. $20,000-$25,000 (gross receipts) |
|  | 2. Income Other than from Employment: Non-employment income received; previous two calendar years: | 2004 | $0.00 |
|  |  | 2003 | $0.00 |
| NONE [X] | 3(a): Payments to creditors:  List all payments on loans, installment purchases of goods and services, and other debts, aggregating more than $600 to any creditor, made within **90 days** prior to filing the case. |  |  |
| NONE [X] | 3(b): Payments to creditors:  List all payments made within one year prior to filing the case to relatives or other insiders: |  |  |
|  | 4. Suits, Executions, Garnishments and Attachments:<br>(a): List all suits to which the Debtor is or was a party within one year prior to filing the case | Foreclosure sale of prior house at 1103 Monroe-Wayne County Line Road by Charter One (Atty: Harris, Beach) Nov. 4, 2003; MCSC Index #2004-004892.<br><br>**Note: Debtor's parents bought the property at the foreclosure sale and are leasing it back to the debtor. The debtordid not provide any of the funds for purchasing this property.**<br><br>**Also: divorce finalized 2/095** | |
| NONE [X] | (b): Describe all property attached, garnished, or seized under any legal or equitable process within one year prior to filing the case: |  |  |
| NONE [X] | 5. Repossessions, Foreclosures & Returns: list all property that has been repossessed by a creditor, sold at foreclosure, deeded in lieu of foreclosure, or returned to the seller, within one year prior to filing the case |  |  |

| | | |
|---|---|---|
| **NONE [X]** | 6(a): Assignments: Describe any assignment of property for the benefit of creditors made within 120 days prior to filing case: | |
| **NONE [X]** | 6(b):Receiverships: List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year prior to filing: | |
| **NONE [X]** | 7. Gifts: List all gifts or charitable contributions made within one year prior to filing the petition, except ordinary and usual gifts to family members aggregating less than $200 value per individual family member and charitable contributions aggregating less than $100 per recipient: | |
| **NONE [X]** | 8. Losses: List all losses from fire, theft, other casualty or gambling within one year prior to filing the case or since filing this case: | |
| | 9. Payments related to debt Counseling or bankruptcy: List all payments made (or property transferred) by or on behalf of the Debtor to any person, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law, or preparation of a bankruptcy petition within one year prior to filing the case: | Prior to filing, Debtor paid Attorney Peter Scribner $209.00 filing fee and a retainer of $600.00 |
| **NONE [X]** | 10. Other transfers: List all other property, other than property transferred in the ordinary course of business or financial affairs of the Debtor, transferred either absolutely or as security within one year prior to filing the case: | |
| **NONE [X]** | 11. Closed financial accounts: List all financial accounts and instruments held in the name of the Debtor or for the benefit of the Debtor which was closed, sold or otherwise transferred within one year prior to filing the case. Include checking, savings, or other financial accounts, CD's, or other instruments; shares and share accounts in banks, credit unions, pension funds, cooperative funds, cooperatives, associations, brokerage houses and other financial institutions. | |
| **NONE [X]** | 12. Safe deposit Boxes: List each safe deposit box or depository in which the Debtor has or had securities, cash, or other valuables within one year prior to filing the case: | |
| **NONE [X]** | 13. Setoffs: List all setoffs made by any creditor, including a bank, against a debt or deposit of the Debtor within 90 days prior to filing the case: | |
| **NONE [X]** | 14. Property Held for Another Person: List all property owned by another person the Debtor holds or controls: | |
| **NONE [X]** | 15. Prior Address of Debtor: If the Debtor has moved within two years prior to filing this case, list all premises which the Debtor occupied during that period and vacated prior to filing. | PO Box 235 Sodus Point NY 14555 (2003-2005) |
| **NONE [X]** | 16. Spouses and Former Spouses: If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, puerto Rico, Texas, Washington or Wisconsin) within the **six-year** period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state. | |

| | | |
|---|---|---|
| NONE [X] | 17. Environmental Information: For the purposes of this question, the following definitions apply: **"Environmental Law"** means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material. **"Site"** means any location, facility, or property as identified under any Environmental Law, whether or not presently or formally owned or operated by the debtor, including, but not limited to, disposal sites. "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.<br>a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:<br>b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of hazardous material. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:<br>c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. | |
| | 18(a) Nature, location & name of business: If the debtor is an **individual,** list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self employed professional within two years immediately preceding the filing of this case, or in which the debtor owns 5% or more of the voting or equity securities within the two years immediately preceding the commencement of this case.. | **Toolin Smartz Co. Inc.** NATURE OF BUSINESS: Industrial manufacturing representative, several lines. Operated 9/01 to 12/02<br><br>Also: Debtor was self-employed as a remodeling contractor (operated under his own name; no "dba" was filed. Operated 2002 through January 2004.<br><br>Also: debtor was in an informal partnership with Keith Miles (See Sch. B) to purchase and renovate houses in the City of Rochester. No partnership agreement was entered into and the properties were acquired in Miles name only. |
| NA | 18(b) Nature, location & name of business: If the debtor is a **partnership** | |
| NA | 18(c) Nature, location & name of business: If the debtor is a **corporation,** list the names and addresses of all businesses in which the debtor was a partner, or owned 5 percent or more of the voting securities, within the **two years** immediately preceding the commencement of this case. | |
| | 19(a) Books, records, & financial statements:<br>a. List all bookkeepers and accountants who within the six years prior to filing the case, kept or supervised the keeping of books and records of the debtor. | NAME & ADDRESS: Debtor maintained records of his own business activities.<br><br>Miles maintains all records of the Miles informal partnership. |
| None | 19(b) List all firms or individuals who within the past two years prior to the filing of the case have audited the books of accounts and records, or prepared a financial statement of the debtor: | |

|   |   |   |
|---|---|---|
|   | 19(c) List all firms or individuals who at the time of the filing of the case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. | Debtor maintains records of his own business activities.<br><br>Miles maintains all records of the Miles informal partnership. |
| **None** | 19(d) List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the two years prior to the filing of the case. |   |
| NA | 20. Inventories: a) List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |   |
| NA | b. List the name and address of the person having possession of the records of each of the two inventories reported in 18(a), above. |   |
| NA | 21(a) Current partners, Officers, Directors and Shareholders:<br>If the debtor is a **partnership** |   |
| NA | 21(b) Current partners, Officers, Directors and Shareholders:<br>If the debtor is a **corporation,** list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation. | (Note: Debtor was sole stockholder & officer of the corporation.) |
| NA | 22(a) Former partners, officers, directors & shareholders:<br>If the debtor is a **partnership** |   |
| NA | 22(b) Former partners, officers, directors & shareholders:<br>If the debtor is a **corporation,** list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |   |
| NA | 23. Withdraws from a partnership or distributions by a corporation: If the debtor is a partnership or corporation, list all withdraws or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case. |   |
|   |   |   |

I declare under penalty of perjury that I have read the foregoing Statement of Financial Affairs, and that it is true and complete to the best of my knowledge, information and belief.

Date signed: October 6, 2005

/s/_____
Todd M. Priest

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
In re: Todd M. Priest **RULE 2016(b) STATEMENT**

Peter Scribner, Esq., pursuant to Rule 2016(b) of Bankruptcy Rules, states that:
1. I am the attorney for the Debtor in this case.
2. The compensation agreed to be paid by the Debtor to me for basic bankruptcy services is:
   a) $600.00 for legal services rendered or to be rendered in contemplation of and in connection with this case.
   b) The amount of $600.00 was paid by the Debtor prior to filing this statement.
   c) The unpaid balance, if any, is $0.00
3. $209.00 of the filing fee has been paid.
4. The services rendered or to be rendered include the following:
   (a) Analysis of the financial situation, and rendering advise and assistance to the Debtor in determining whether to file a petition under title 11 of the United States Code.
   (b) Preparation and filing of the petition, schedules, statements of affairs, plans, and other documents of the court.
   (c) Representing the Debtor at the section 341 meeting, plan confirmation hearings, and discharge/reaffirmation hearings;
   (d) Removal of garnishments or wage assignments;
   (e) Negotiate valuation of secured claims.
   (f) Representation of the Debtor in any proceedings or negotiations for any motions to reaffirm debts, to redeem exempt personal property from liens, to abandon or clear title to real property, or to avoid judicial liens on property of the Debtor.
5. The services rendered or to be rendered for the above amount do not include representation of the Debtor in any adversary proceeding; state court action or proceeding; objections to claims; motions to amend the petition, schedules or statements to comport with developments after the 341 meeting; motions to lift the automatic stay; court hearings required to determine valuation of secured property or claims; or trustee proceedings to sell property.

6. The source of the payments made by the Debtor to me was from wages, earnings and compensation for services performed.

7. The source of payments to be made by the Debtor to me for the unpaid balance remaining will be from wages, earnings and compensation for services performed.

8. I have received no transfer, assignment or pledge of property.

9. I have not shared or agreed to share with any other entity, other than with my law firm, any compensation paid or to be paid.
Dated: October 6, 2005
   Respectfully submitted: /s/_____
   PETER SCRIBNER, ESQ.
   1110 Park Ave.; Rochester, NY  14610 (585) 261-6461

Allstate Insurance
c/o Credit Collection Services
2 Wells Avenue
Newton MA 02459

Allstate Insurance
c/o Credit Collection Services
PO Box 55126
Boston MA 02205-5126

Capital One Services, Inc.
1957 Westmoreland Road
Richmond VA 23276-5617

Van Ru Corporation
Agent for Capital One
10024 Skokie Blvd. Suite 2
Skokie IL 60077-1109

Viking Collection Services Inc.
Agent for Capital One
PO Box 59207
Minneapolis MN 55459-0207

Charter One Bank
PO box 20362
Rochester NY 14602-0362

Litton Loan Servicing
Agent for Charter One
4828 Loop Central Drive
Houston TX 77081-2226

Charter One Mortgage
10561 Telegraph Road
Glen Allen VA 2305

Harris Beach
Attorneys for Charter One
99 Garnsey Rd.
Pittsford NY 14534

Cully Marks
36 West Main Street #500
Rochester NY 14614-1790

Continental Service Group, Inc.
Agent for Cully, Marks
200 CrossKeys Office Park
Fairport NY 14450

Case 2-05-26281-JCN,   Doc 1,   Filed 10/12/05,   Entered 10/12/05 16:00:35,
Description: Main Document  , Page 19 of 19